# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ATLC, LTD.,**

        **Plaintiff,**

-vs-                                                               **Case No. 6:11-cv-855-Orl-31GJK**

**EASTMAN KODAK COMPANY,**

        **Defendant.**

## ORDER

This matter came before the Court without oral argument upon consideration of Defendant's Motion for Leave to File Confidential Material Under Seal (the "Motion") (Doc. 22). On July 11, 2011, the Court entered an Endorsed Order directing Plaintiff to file its response to the Motion by noon on Friday, July 15, 2011. However, in light of Defendant's July 18, 2011 deadline to answer or otherwise plead to the Complaint, and the Court's own calendar, that Order must be vacated. Upon review, it is

ORDERED and ADJUDGED that:

1. The Court's July 11, 2011 Order (Doc. 24) is VACATED.

2. The Motion (Doc. 22) is GRANTED. If Plaintiff objects to the sealing of the three confidential agreements that are the subject of the Motion, Plaintiff shall SHOW CAUSE by Monday, July 25, 2011, as to why the agreements should be unsealed.

3.  Defendant is directed to contact the Courtroom Deputy, Lisa Maurey, prior to filing the agreements through CM/ECF.  After Defendant file its papers, the Court will immediately seal same, permitting only counsel for the parties and the Court to have access through CM/ECF.

4.  Defendant's Confidential Agreements shall remain under seal until further order of the Court.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 14, 2011.

   _____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party